Steven J. Reisman
Jerry L. Hall
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800

*Counsel for MK USA, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| COSMOLEDO, LLC., et al.,[1] | Case No. 20-12117 (MEW) |
| Debtors. | (*Joint Administration Pending*) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** Steven J. Reisman and Jerry L. Hall of Katten Muchin Rosenman LLP and file this *Notice of Appearance and Demand for Service of Papers* on behalf of MK USA, LLC, and pursuant to sections 102(1), 342(a), and 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") respectfully request that all notices given or required to be given in these proceedings and any and all jointly-administered cases, and all papers served or required to be served in this proceeding and any and all jointly-administered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Cosmoledo, LLC (6787); Breadroll, LLC, (3279); 688 Bronx Commissary, LLC (6515); 95 Broad Commissary, LLC (2335); 178 Bruckner Commissary, LLC (2581); 8 West Bakery, LLC (6421); NYC 1294 Third Ave Bakery, LLC (2001); 921 Broadway Bakery, LLC (2352); 1800 Broadway Bakery, LLC (8939); 1535 Third Avenue Bakery, LLC (1011); 2161 Broadway Bakery, LLC (2767); 210 Joralemon Bakery, LLC (4779); 1377 Sixth Avenue Bakery, LLC (9717); 400 Fifth Avenue Bakery, LLC (6378); 1400 Broadway Bakery, LLC (8529); 575 Lexington Avenue Bakery, LLC (9884); 685 Third Avenue Bakery, LLC (9613); 370 Lexington Avenue Bakery, LLC (0672); 787 Seventh Avenue Bakery, LLC (6846); 339 Seventh Avenue Bakery, LLC (1406); and 55 Hudson Yards Bakery, LLC (7583).

145802502v1

cases, be served upon the undersigned at the offices, postal addresses, email addresses, and telephone and facsimile numbers listed as follows:

>Steven J. Reisman
>**Katten Muchin Rosenman LLP**
>575 Madison Avenue
>New York, New York 10022-2585
>T: (212) 940-8700
>F: (212) 940-8776
>Email: sreisman@katten.com
>
>With a copy to:
>Jerry L. Hall
>**Katten Muchin Rosenman LLP**
>575 Madison Avenue
>New York, New York 10022-2585
>T: (212) 940-6446
>F: (212) 940-8776
>Email: jerry.hall@katten.com
>
>With a copy to:
>Wade Glover
>**Katten Muchin Rosenman LLP**
>2121 N. Pearl Street, Suite 1100
>Dallas, Texas 75201
>T: (214) 765-3621
>F: (214) 765-3602
>Email: wade.glover@katten.com
>
>With a copy to:
>Brian S. Stern
>**Katten Muchin Rosenman LLP**
>2029 Century Park East, Suite 2600
>Los Angeles, California 90067-3012
>T: (310) 788-4466
>F: (310) 788-4471
>Email: brian.stern@katten.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise which affect or seek to affect in any way any rights or interests of MK USA, LLC.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver by MK USA, LLC (1) to have final orders in matters entered only after *de novo* review by an Article III Judge where a bankruptcy judge may not enter final orders or judgments, (2) to trial by jury in any proceeding so triable in this or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which MK USA, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 11, 2020

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

 */s/ Steven J. Reisman*

Steven J. Reisman
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
T: (212) 940-8800
F: (212) 940-8776
Email: sreisman@katten.com
 jerry.hall@katten.com

*Counsel for MK USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served this 11th day of September, 2020, via email through the Bankruptcy Court's electronic case filing system on the parties that have consented to such service.

                                                */s/ Steven J. Reisman*
                                                Steven J. Reisman